IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: |
| v. | |
| ARKADIY ZAGAYTOV, | **Count One**: 18 U.S.C. § 1001(a)(2) (False Statements) |
| Defendant. | |

## INFORMATION

The United States charges that:

## COUNT ONE

1. Beginning in or about June 2010 through in or about October 2011, and beginning in or about September 2012 and through August 2014, and continuing through all times relevant to this Information, the defendant, ARKADIY ZAGAYTOV, worked as a contractor for the Federal Bureau of Investigation (FBI), a component of the United States Department of Justice. In or about 2004, defendant ZAGAYTOV was approached by Government Employee 1, a senior employee of the United States Department of Energy at the time whose identity is known to the United States.

2. Government Employee 1 asked defendant ZAGAYTOV to serve as a conduit for purported "consulting" payments between COMPANY A, a business entity operating in the United States, and Government Employee 1.

3. Pursuant to this agreement, between August 2004 and January 2005, defendant ZAGAYTOV submitted as many as six invoices to COMPANY A for services that he never performed or rendered. In return, COMPANY A paid defendant ZAGAYTOV $140,000 in six monthly installments: one payment of $15,000 in August 2004 and five subsequent payments of $25,000 each between September 2004 and January 2005.

1

4. Defendant ZAGAYTOV also made several cash disbursements to Government Employee 1 pursuant to this agreement, but withheld a significant portion of the $140,000 to cover tax liabilities resulting from the purported income as well as other personal expenses.

5. On or about July 31, 2014, defendant ZAGAYTOV was interviewed by Special Agents of the FBI at defendant ZAGAYTOV's place of employment in the District of Columbia. This interview was conducted as part of an official investigation by the FBI. The FBI is a department or agency within the executive branch of the United States.

6. During this interview, Special Agents of the FBI asked defendant ZAGAYTOV about the payments that he made to Government Employee 1 and his dealings with COMPANY A.

7. On or about July 31, 2014, in the District of Columbia, in a matter within the executive branch of the Government of the United States, defendant

**ARKADIY ZAGAYTOV**

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, that is, during the course of an interview by Special Agents of the FBI conducting an official investigation, defendant ZAGAYTOV claimed that he never made any cash payments to Government Employee 1 when, in truth and in fact, as defendant ZAGAYTOV well knew, this statement was false.

All in violation of Title 18, United States Code, Section 1001(a)(2).

RAYMOND N. HULSER
Chief, Public Integrity Section

By: _____
Victor R. Salgado
Trial Attorney